**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 100.8.119.27,<br><br>            Defendant. | Case No. 2:18-cv-02629-SDW-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant

1

John Doe, subscriber assigned IP address 100.8.119.27, are voluntarily dismissed with prejudice.

DATED: July 3, 2018                     Respectfully submitted,

                                        **FOX ROTHSCHILD LLP**

                                        *Attorneys for Plaintiff,*
                                        *Strike 3 Holdings, LLC*

                                        */s/ John C. Atkin, Esq.*
                                        John C. Atkin, Esq.

So Ordered this 10th day of July 2018

Susan D. Wigenton, U.S.D.J.